Certiorari dismissed, June 28, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8172**

_____

FLOYD JUNIOR POWELL,

Plaintiff – Appellant,

v.

TONY A. KELLER; JORGE SOSA; JASON COY REID; TIMOTHY JAMES BREWER; LARRY WATERS; WILLIAM BRADFORD; GRETCHEN C. F. SHAPPERT; RICHARD L. VOORHEES; CARL HORN, Magistrate Judge; GREGORY A. FOREST; JAYME MILLER; UNITED STATES MARSHAL SERVICE; CATAWBA COUNTY; CATAWBA COUNTY COMMISSIONERS; SHERIFF OF CATAWBA COUNTY; CATAWBA COUNTY SHERIFF'S DEPARTMENT; COLDWELL BANKER; BOYD HASSELL INDUSTRIAL COMMERCIAL PROPERTIES; ELVALORIE MATTHEWS; RICHARD MCDONNELL; MARK T. CALLOWAY; NEWTON POLICE DEPARTMENT; CONOVER POLICE DEPARTMENT,

Defendants – Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Senior District Judge. (5:09-cv-00126-GCM)

_____

Submitted: February 2, 2010          Decided: February 25, 2010

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Floyd Junior Powell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Powell v. Keller, No. 5:09-cv-00126-GCM (W.D.N.C. Nov. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED